08-3022-cv
Omollo v. Citibank, NA

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

# SUMMARY ORDER

**Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this court's Local Rule 32.1.1. When citing a summary order in a document filed with this court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the twenty-second day of January two thousand and ten.

PRESENT:

> JOSÉ A. CABRANES,
> ROSEMARY S. POOLER,
> GERARD E. LYNCH,
> *Circuit Judges.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JOHN OJWANG OMOLLO,

> *Plaintiff-Appellant,*

v.                                                                No. 08-3022-cv

CITIBANK, N.A., CHARLES PRINCE, CEO of Citigroup

> *Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**FOR PLAINTIFF-APPELLANT:**          John Ojwang Omollo, *pro se*, Johannesburg, South Africa

**FOR DEFENDANTS-APPELLEES:**          Kevin B. Leblang (Allisa R. Goodman, *on the brief*), Kramer Levin Naftalis & Frankel LLP, New York, NY

1

Appeal from a judgment of the United States District Court for the Southern District of New York (Shira A. Sheindlin, *Judge*).

**UPON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is **AFFIRMED**.

Plaintiff-appellant John Ojwang Omollo, *pro se*, ("plaintiff") appeals from an order of the District Court entered May 6, 2008, dismissing his claims against the defendants on the basis of the doctrine of *forum non conveniens*. On appeal, plaintiff argues that the District Court erred in concluding that South Africa is an adequate alternative forum and in dismissing his claims pursuant to the doctrine of *forum non conveniens*. We assume the parties' familiarity with the remaining factual and procedural history of this case.

We review a dismissal under the doctrine of *forum non conveniens* for abuse of discretion. *Norex Petroleum Ltd. v. Access Indus., Inc.*, 416 F.3d 146, 153 (2d Cir. 2005) (citing *Iragorri v. United Technologies Corp.*, 274 F.3d 65, 72 (2d Cir. 2001) (en banc)). A district court abuses its discretion in granting a *forum non conveniens* dismissal when its decision "(1) rests either on an error of law or on a clearly erroneous finding of fact, or (2) cannot be located within the range of permissible decisions, or (3) fails to consider all the relevant factors or unreasonably balances those factors." *Pollux Holding Ltd. v. Chase Manhattan Bank*, 329 F.3d 64, 70 (2d Cir. 2003) (citation omitted).

Here, we find no error in the District Court's *forum non conveniens* analysis. Accordingly, we affirm the judgment of the District Court substantially for the reasons stated in its May 6, 2008 Memorandum Opinion and Order. *See Omollo v. Citibank, N.A.*, No. 07 Civ. 9259, 2008 WL 1966721 (S.D.N.Y. May 6, 2008).

## CONCLUSION

We have considered all of plaintiff's arguments and find them to be without merit. For the foregoing reasons, the judgment of the District Court is **AFFIRMED**.

FOR THE COURT,
Catherine O'Hagan Wolfe, Clerk of Court

2